THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK THOMAS, Appellant. [801 NYS2d 904]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Farneti, J.), rendered March 10, 2004, convicting him of grand larceny in the second degree and criminal possession of a forged

instrument in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish beyond a reasonable doubt the defendant's guilt of the crimes of grand larceny in the second degree and criminal possession of a forged instrument in the second degree (*see People v Johnson*, 65 NY2d 556 [1985]; *People v Price*, 16 AD3d 323 [2005], *lv denied* 5 NY3d 767 [2005]; *People v Bull*, 152 AD2d 998 [1989]; *People v Di Mauro*, 113 AD2d 840 [1985]). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]; *People v Silvestro*, 284 AD2d 418 [2001]).

Contrary to the defendant's contention, he was afforded meaningful representation at trial and therefore was not deprived of the effective assistance of counsel (*see People v Caban*, 5 NY3d 143 [2005]; *People v Benevento*, 91 NY2d 708 [1998]; *People v Baldi*, 54 NY2d 137 [1981]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Florio, J.P., Crane, Fisher and Dillon, JJ., concur.